# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT C. ALLEN, as Co-Administrator of the Estates of T.G.A. and Z.D.A., <br><br> Plaintiff, <br><br> v. <br><br> FOXWAY TRANSPORTATION, INC., *et al.*, <br><br> Defendants. | No. 4:21-CV-00156 <br><br> (Chief Judge Brann) |

## ORDER

**AND NOW**, this 27th day of January 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Foxway Transportation, Inc.'s motion to dismiss and, alternatively, to transfer venue (Doc. 22) is **DENIED**.

2. Defendant Gateway Freight Systems, Inc.'s motion to dismiss (Doc. 37) is **DENIED**.

3. Foxway Transportation, Inc., and Gateway Freight Systems, Inc., shall file answers to Plaintiff's Amended Complaint (Doc. 17) on or before February 17, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge