IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT C. ALLEN, as Administrator of the ESTATES OF T.G.A. and Z.D.A., | No. 4:21-CV-00156 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| FOXWAY TRANSPORTATION, INC., TEMPEL STEEL, and GATEWAY FREIGHT SYSTEMS, INC., | |
| Defendants. | |

## ORDER

### DECEMBER 7, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Robert C. Allen's Partial Motion for Summary Judgment on the issue of Vicarious Liability (Doc. 111) is **DENIED**.

2. Allen's Partial Motion for Summary Judgment on the issues of Negligent Hiring and Negligent Entrustment (Doc. 113) is **DENIED IN PART**.

3. Defendant Gateway Freight Systems, Inc.'s Motion for Summary Judgment (Doc. 117) is **GRANTED IN PART**.

4. The Court reserves judgment on the parties' Motions (Docs. 113 and 117) regarding the issue of Negligent Entrustment.

5. *Daubert* motions and accompanying briefs are due by December 28, 2023. All briefs should conform with the Local Rules.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge